# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3612 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Dallen Wendt, et al. Vs. Handler, Thayer & Duggan, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Paul Richard Brown's motion for leave to appear pro hac vice [5] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-03612   Document 8   Filed 07/08/2008   Page 1 of 1

08C3612 Dallen Wendt, et al. Vs. Handler, Thayer & Duggan, LLC, et al.                                   Page 1 of 1