

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:  ERIC S. REIN

FIRM:  DYKEMA GOSSETT, PLLC

STREET ADDRESS: 10 SOUTH WACKER DRIVE, #2300

CITY/STATE/ZIP:  CHICAGO, IL  60606

PHONE NUMBER:  (312) 876-1700

E-MAIL ADDRESS: erein@dykema.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):  6181305

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:06-cv-05047 | Mitchell, et al. v Greater Chicago Auto Sales, et al. | Judge Charles R. Norgle, Sr. |
| 1:08-cv-03612 | Wendt,e t al. v. Handler, Thayer & Duggan, LLC, et al. | Judge Ruben Castillo |

(See Page 2)

490507.1 099990-09999

**(Cont. ERIC S. REIN)**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:99-cv-06895 | SEC, et al. v. Homa, et al. | Judge Ronald A. Guzman |

/s/ Eric S. Rein　　　　　　　　　　　　　　　　　　July 11, 2008
Attorney's Signature　　　　　　　　　　　　　　　　Date