### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| DALLEN AND PEGGY WENDT,<br>        Plaintiffs,<br><br>v.<br><br>HANDLER, THAYER & DUGGAN, LLC,<br>ET AL.<br>        Defendants. | )<br>)<br>)<br>) Case No. 1:08-CV-03612<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Cole<br>)<br>) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND**
**TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND**

Defendants, Handler, Thayer & Duggan, LLC, James M. Duggan, Thomas J. Handler, Steven J. Thayer and Gregory Bertsch (collectively "HTD"), respectfully move this Court for an extension until August 11, 2008, to answer, plead or otherwise respond to Plaintiffs' Complaint. In support of this motion, HTD states as follows:

1. Plaintiffs filed an eight-count Complaint on June 24, 2008.

2. The deadline for at least one of the Defendants being represented by the undersigned counsel to answer, plead or otherwise respond to Plaintiffs' Complaint is July 21, 2008.

3. Because the undersigned counsel was only recently retained to represent HTD and, thus, needed additional time to investigate the complex allegations set forth in the Complaint, the undersigned counsel contacted Plaintiffs' counsel to request an extension of time to answer, plead or otherwise respond to the Complaint.

4. Plaintiffs' counsel agreed that HTD could have until August 11, 2008 to answer, plead or otherwise respond to the Complaint.

5. HTD therefore requests additional time to answer, plead or otherwise respond to Plaintiffs' Complaint.

6. Plaintiffs will not be prejudiced by the delay.

WHEREFORE, Defendants, Handler, Thayer & Duggan, LLC, James M. Duggan, Thomas J. Handler, Steven J. Thayer and Gregory Bertsch, respectfully request that this Court grant them an extension until August 11, 2008, to answer, plead or otherwise respond to Plaintiffs' Complaint.

**DATED: July 21, 2008**            Respectfully submitted,

HANDLER, THAYER & DUGGAN, LLC,
JAMES M. DUGGAN, THOMAS J. HANDLER,
STEVEN J. THAYER AND GREGORY
BERTSCH


By: /s/Barbara B. Edelman
    One of Their Attorneys


Barbara B. Edelman (pro hac vice application pending)
Gwen R. Pinson (pro hac vice application pending)
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY  40507
Telephone: (859) 425-1000
Facsimile:  (859) 425-1099
Edelman@dinslaw.com
Gwen.Pinson@dinslaw.com

Attorneys for Defendants, Handler, Thayer & Duggan, LLC, James M. Duggan, Thomas J. Handler, Steven J. Thayer and Gregory Bertsch

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing Defendants' Unopposed Motion to Extend Time to Answer, Plead or Otherwise Respond with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of that filing to the following:

Eric S. Rein
Dykema Gossett PLLC
10 South Wacker Drive, #2300
Chicago, IL  60606
erein@dykema.com

Paul Richard Brown
Chris C. Cramer
Beresford Booth PLLC
145 Third Avenue S
Suite 200
Edmonds, WA  98020
paulb@beresfordlaw.com
chrisc@beresfordlaw.com

Attorneys for Plaintiffs,
Dallen and Peggy Wendt

/s/Barbara B. Edelman

93713_1