**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DALLEN AND PEGGY WENDT, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:08-CV-03612 |
| v. | ) | |
| | ) | Judge Castillo |
| HANDLER, THAYER & DUGGAN, LLC, | ) | |
| ET AL. | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## <u>NOTICE OF MOTION</u>

TO:    Eric S. Rein
Dykema Gossett PLLC
10 South Wacker Drive, #2300
Chicago, IL  60606
erein@dykema.com

Paul Richard Brown
Chris C. Cramer
Beresford Booth PLLC
145 Third Avenue S
Suite 200
Edmonds, WA  98020
paulb@beresfordlaw.com
chrisc@beresfordlaw.com

PLEASE BE ADVISED that on July 30, 2008, at 9:45 a.m., the undersigned shall appear before the Honorable Judge Ruben Castillo in Courtroom 2141, 219 South Dearborn Street, Chicago, Illinois  60604, and then and there present Defendants' Unopposed Motion To Extend Time To Answer, Plead or Otherwise Respond, a copy of which has been served on you.

**DATED: July 21, 2008**                    Respectfully submitted,

HANDLER, THAYER & DUGGAN, LLC,
JAMES M. DUGGAN, THOMAS J. HANDLER,
STEVEN J. THAYER AND GREGORY
BERTSCH


By:_____/s/Barbara B. Edelman_____
            One of Their Attorneys



Barbara B. Edelman (pro hac vice application pending)
Gwen R. Pinson (pro hac vice application pending)
Christopher M. Parenti (ARDC # 6256494)
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY  40507
Telephone: (859) 425-1000
Facsimile:  (859) 425-1099
Edelman@dinslaw.com
Gwen.Pinson@dinslaw.com
Cparenti@dinslaw.com

Attorneys for Defendants, Handler, Thayer & Duggan,
LLC, James M. Duggan, Thomas J. Handler, Steven J.
Thayer and Gregory Bertsch

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing NOTICE OF

MOTION with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of

that filing to the following:

Eric S. Rein
Dykema Gossett PLLC
10 South Wacker Drive, #2300
Chicago, IL  60606
erein@dykema.com

Paul Richard Brown
Chris C. Cramer
Beresford Booth PLLC
145 Third Avenue S
Suite 200
Edmonds, WA  98020
paulb@beresfordlaw.com
chrisc@beresfordlaw.com

Attorneys for Plaintiffs,
Dallen and Peggy Wendt

/s/Barbara B. Edelman