AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DALLEN AND PEGGY WENDT

CASE NUMBER: 08cv3612

V.

ASSIGNED JUDGE: Castillo

HANDLER, THAYER & DUGGAN, LLC, et al.

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Handler, Thayer & Duggan, L.L.C.
191 North Wacker Drive, 23rd Floor
Chicago, IL 60606-1633

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric S. Rein
180 North LaSalle Street, Suite 2700
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 27, 2008
Date

Case 1:08-cv-03612    Document 16    Filed 07/22/2008    Page 2 of 3

AO-440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **ClientCaseID:** 054672-42201<br>**Law Firm ID:** SCOOPER | *1 9 0 7 1 9 A* | **CaseReturnDate:** 7/27/08<br>Affidavit of **SPECIAL PROCESS SERVER** |

## UNITED STATES DISTRICT COURT

Case Number **08CV3612**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT  **HANDLERM THAYER & DUGGAN, L.L.C.**
PERSON SERVED  **JAMES M. DUGGAN**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/30/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT are as follow:

**Sex** MALE   **Race** WHITE   **Age** 36
**Height** 6'0"   **Build** MEDIUM   **Hair** BROWN

**LOCATION OF SERVICE**   **191 NORTH WACKER DR 23RD FL**
**CHICAGO, IL, 60606**

Date Of Service  6/30/08            Time of Service  2:14 PM

_R. MARSHALL GRADY_   6/30/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.