**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:  08 CV 3612

Dallen and Peggy Wendt v. Handler, Thayer & Duggan, LLC, et al,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Stephen P. Donaldson, Foster and Dunhill Consulting Inc. and Foster and Dunhill Planning Services, LLC.

| | |
|---|---|
| NAME (Type or print) <br> Peter M. King | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Peter M. King | |
| FIRM  Canel, Davis & King | |
| STREET ADDRESS  10 S. LaSalle Street, Suite 3400 | |
| CITY/STATE/ZIP  Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06183270 | TELEPHONE NUMBER  312-372-4142 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL             APPOINTED COUNSEL | |