IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLEN AND PEGGY WENDT, husband and wife, ) ) ) Plaintiffs, ) ) v. ) ) ) ) ) HANDLER, THAYER & DUGGAN, LLC, et al, ) ) Defendants. ) | Case No.  08 CV 3612<br><br>Judge Castillo<br>Magistrate Judge Cole |

## NOTICE OF MOTION

To:    Eric S. Rein
         180 N. LaSalle St., Suite 2700
         Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on **July 29, 2008, at 9:45 a.m.**, we shall appear before the Judge Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Easter Division, 219 South Dearborn Street, Chicago, Illinois and then and there present **Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint**, a copy of which is hereby served upon you.

Dated: July 22, 2008

                                                By:    s/Peter M. King
                                                         One of the Attorneys for Defendants
                                                         Stephen P. Donaldson,
                                                         Foster & DunhillConsulting, Inc.,
                                                         Foster & Dunhill Planning Services, LLP

Peter M. King
William H. Jones
Kasey M. Folk
Dorothy D. Moran
**CANEL, DAVIS & KING**
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
312/372-4142 -312/372-6737 – Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DALLEN AND PEGGY WENDT, husband and wife,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>)<br>**HANDLER, THAYER & DUGGAN, LLC, et al,** )<br>)<br>**Defendants.** ) | **Case No. 08 CV 3612**<br><br>**Judge Castillo**<br>**Magistrate Judge Cole** |

### CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2008 a true and correct copy of Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint, was served upon:

Eric S. Rein
180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601

via electronic filing via ECF/PACER to the respective e-mail address on the file in this case.

                    By:    s/Peter M. King
                            One of the Attorneys for Defendants
                            Stephen P. Donaldson,
                            Foster & DunhillConsulting, Inc.,
                            Foster & Dunhill Planning Services, LLP

Peter M. King
William H. Jones
Kasey M. Folk
Dorothy D. Moran
CANEL, DAVIS & KING
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
312/372-4142