## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3612 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Dallen Wendt, et al. Vs. Handler, Thayer & Duggan, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 7/30/2008 is vacated.   Gwen R. Pinson's motion for leave to appear pro hac vice [10] and Barbara B. Edelman's motion for leave to appear pro hac vice [11] are granted.  Defendants' unopposed motion to extend time to answer, plead or otherwise respond [14] is granted.  All defendants to answer or otherwise plead to the complaint on or before 8/11/2008.  Parties to file a joint status report on or before 8/15/2008.  The Court will hold a status hearing in open court on 8/20/2008 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|