## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dallen Wendt, et al.

                                   Plaintiff,

v.                                                     Case No.: 1:08−cv−03612
                                                       Honorable Ruben Castillo

Handler, Thayer & Duggan, LLC, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' unopposed motion for extension of time to answer or otherwise plead [22] is granted. Final extension. All defendants are given until 9/2/2008 to answer or otherwise plead to the complaint. Parties to file the joint status report on or before 9/5/2008. Status hearing reset to 9/11/2008 at 9:45 AM. Motion hearing set for 7/29/2008 and status hearing set for 8/20/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.