1
2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3
4

DALLEN and PEGGY WENDT, husband and wife,

5

Plaintiffs,

Case No.: 08CV03612

NOTICE OF UNAVAILABILITY

6

v.

7
8
9
10
11
12
13
14
15
16
17
18
19

HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; JIM DUGGAN, an individual; THOMAS HANDLER, an individual; STEVE THAYER, an individual; GREGORY BERTSCH, an individual; BUSINESS PLANNING SYSTEMS, LLC a/k/a BPS International, LLC, an Illinois limited liability company; OFFSHORE TRUST SERVICE, INC., a Florida corporation; JOSHUA J. CRITHFIELD, an individual; DUANE J. CRITHFIELD, an individual; FOSTER & DUNHILL CONSULTING, INC., a Florida corporation; FOSTER & DUNHILL PLANNING SERVICES, LLC, a Florida limited liability company; STEPHEN P. DONALDSON, an individual; SUNDERLAGE RESOURCE GROUP, INC., an Illinois corporation; and TRACY J. SUNDERLAGE, an individual,

Defendants.

20
21
22
23

TO:        THE CLERK OF THE COURT;

AND TO:    GWEN R. PINSON, BARBARA B. EDELMAN, AND CHRISTOPHER M. PARENTI, attorneys for Handler, Thayer & Duggan, LLC, Gregory J. Bertsch, James M. Duggan, Steven J. Thayer, and Thomas J. Handler;

24
25

AND TO:    PETER M. KING, KASEY M. FOLK, AND WILLIAM H. JONES, attorneys for Stephen P. Donaldson, Foster & Dunhill Consulting, Inc., and Foster & Dunhill Planning Services, LLC:

26

NOTICE OF UNAVAILABILITY - 1

BERESFORD ♦ BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

1  You and each of you please take notice that Paul Richard Brown, attorney of record for Plaintiffs Dallen and Peggy Wendt in the above-entitled proceeding, will be absent from his offices from **August 11, 2008 through August 18, 2008**. The undersigned therefore requests that no depositions, motions, Court hearings, CR 35 examinations or other matters be scheduled during this period of time which would require his attention in person or by pleading.

The undersigned further requests that the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period stated above to inform the Court hearing the matter of the filing of this Notice.

DATED this 28th day of July, 2008.

/s/ Paul Richard Brown

Paul Richard Brown, WSBA No. 19357
BERESFORD BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA  98020
(425) 776-4100
Facsimile: (425) 776-1700
paulb@beresfordlaw.com
*Counsel for Plaintiffs Dallen and Peggy Wendt*

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Gwen R. Pinson
Barabara B. Edelman
Christopher M. Parenti
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Phone: (859) 425-1000
gwen.pinson@dinslaw.com
Edelman@dinslaw.com
Cparenti@dinslaw.com
*Counsel for Defendants Handler, Thayer & Duggan, LLC; Gregory J. Bertsch, James M. Duggan, Steven J. Thayer, and Thomas J. Handler*

Peter M. King
Kasey M. Folk
William H. Jones
Canel, David & King
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
Phone: (312) 372-4142
pking@daviskinglaw.com
kfold@daviskinglaw.com
wjones@daviskinglaw.com
*Counsel for Foster & Dunhill Consulting, Inc., Foster & Dunhill Services, LLC, and Stephen P. Donaldson*

DATED this 28th day of July, 2008.

/s/ Paul Richard Brown
Paul Richard Brown, WSBA No. 19357
BERESFORD BOOTH PLLC
145 Third Ave. S, Suite 200
Edmonds, WA 98020
(425) 776-4100
Facsimile: (425) 776-1700
paulb@beresfordlaw.com

*Counsel for Plaintiffs Dallen and Peggy Wendt*