**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:    1:08-CV-03612

Wendt v. Handler, Thayer & Duggan, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants Handler, Thayer & Duggan, LLC, James M. Duggan, Thomas J. Handler, Steven J. Thayer and

Gregory Bertsch

| |
|---|
| NAME (Type or print) |
| Gwen R. Pinson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|             s/Gwen R. Pinson |
| FIRM |
| Dinsmore & Shohl LLP |
| STREET ADDRESS  250 W. Main Street, Suite 1400 |
| CITY/STATE/ZIP  Lexington, KY  40507 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (859) 425-1000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|  RETAINED COUNSEL                       APPOINTED COUNSEL |