# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 C 3612
Dallen Wendt, et al. v. Handler, Thayer & Duggan, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants, Sunderlage Resource Group, Inc., an Illinois corporation and Tracy L. Sunderlage

| | |
|---|---|
| NAME (Type or print)<br>Elaine S Vorberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>Law Offices of Elaine S Vorberg | FILED |
| STREET ADDRESS<br>1821 Walden Office Square, Suite 400 | JUL 2 9 2008 RC<br>Jul. 29, 2008 |
| CITY/STATE/ZIP<br>Schaumburg, IL 60173 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT. |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230465 | TELEPHONE NUMBER<br>847-397-9793 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |