IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DALLEN WENDT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 08 CV 3612 |
| ) | |
| HANDLER, THAYER & DUGGAN, LLC, et al., ) | Judge Castillo |
| ) | |
| Defendants. ) | Magistrate Judge Cole |

FILED
JUL 29 2008 RC
JUL 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 25th day of July 2008, there was caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, on behalf of Defendants, SUNDERLAGE RESOURCE GROUP, INC. and TRACY L. SUNDERLAGE, their Appearance, a copy of which is attached hereto.

Respectfully submitted,
SUNDERLAGE RESOURCE GROUP, INC. and
TRACY L. SUNDERLAGE,

By: _____
Elaine S Vorberg

Elaine S Vorberg, 6230465
Law Offices of Elaine S Vorberg, P.C.
Attorneys for Defendants, Sunderlage Resource Group, Inc. and Tracy L. Sunderlage
1821 Walden Office Square, Suite 400
Schaumburg, IL 60173
Tel: (847) 397-9793
Fax: (847) 220-9211
E-Mail: elaine@vorberglaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that the forgoing Notice of Filing and the documents referred to herein were mailed, via U.S. Mail, with proper postage prepaid, to each person and/or address indicated below, before 5:00 p.m., on the 25 th day of July, 2008.

Eric S. Rein
Dykema
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(Attorneys for Plaintiffs)

Paul Richard Brown
Chris C Cramer
Beresford Booth PLLC
145 Third Avenue South, Suite 200
Edmonds, WA 98020
(Attorneys for Plaintiff)

Barbara B. Edelman
Gwen R. Pinson
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
(Attorneys for Handler, Thayer & Duggan, LLC)

Kasey M. Folk
William H. Jones
Peter M. King
Canel, Davis & King
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
(Attorneys for Foster & Dunhill Consulting, Inc.)

                                            Elaine S Vorberg, 6230465
                                            Law Offices of Elaine S Vorberg, P.C.
                                            Attorneys for Defendants, Sunderlage Resource Group, Inc. and Tracy L. Sunderlage
                                            1821 Walden Office Square, Suite 400
                                            Schaumburg, IL 60173
                                            Tel: (847) 397-9793
                                            Fax: (847) 220-9211
                                            E-Mail: elaine@vorberglaw.com