IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLEN and PEGGY WENDT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>HANDLER, THAYER & DUGGAN, LLC, an Illinois limited liability company; JIM DUGGAN, an individual; THOMAS HANDLER, an individual; STEVE THAYER, an individual; GREGORY BERTSCH, an individual; BUSINESS PLANNING SYSTEMS, LLC a/k/a BPS International, LLC, an Illinois limited liability company; OFFSHORE TRUST SERVICE, INC., a Florida corporation; JOSHUA J. CRITHFIELD, an individual; DUANE J. CRITHFIELD, an individual; FOSTER & DUNHILL CONSULTING, INC., a Florida corporation; FOSTER & DUNHILL PLANNING SERVICES, LLC, a Florida limited liability company; STEPHEN P. DONALDSON, an individual; SUNDERLAGE RESOURCE GROUP, INC., an Illinois corporation; and TRACY J. SUNDERLAGE, an individual,<br><br>Defendants. | Case No.: 08CV03612 |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST
SUNDERLAGE RESOURCE GROUP, INC., AND TRACY J. SUNDERLAGE**

TO: THE CLERK OF THE COURT;

AND TO: GWEN R. PINSON, BARBARA B. EDELMAN, AND CHRISTOPHER M. PARENTI, attorneys for Handler, Thayer & Duggan, LLC, Gregory J. Bertsch, James M. Duggan, Steven J. Thayer, and Thomas J. Handler;

AND TO: PETER M. KING, KASEY M. FOLK, AND WILLIAM H. JONES, attorneys for Stephen P. Donaldson, Foster & Dunhill Consulting, Inc., and Foster & Dunhill Planning Services, LLC;

You and each of you please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Dallen and Peggy Wendt hereby dismiss without prejudice all claims against defendants Sunderlage Resource Group, Inc., and Tracy J. Sunderlage.

DATED this 29th day of August, 2008.

/s/ Eric S. Rein
Eric S. Rein, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1300
Facsimile: (312) 627-2302
*Counsel for Plaintiffs Dallen and Peggy Wendt*

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Gwen R. Pinson
Barbara B. Edelman
Christopher M. Parenti
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Phone: (859) 425-1000
gwen.pinson@dinslaw.com
Edelman@dinslaw.com
Cparenti@dinslaw.com
*Counsel for Defendants Handler, Thayer & Duggan, LLC; Gregory J. Bertsch, James M. Duggan, Steven J. Thayer, and Thomas J. Handler*

Peter M. King
Kasey M. Folk
William H. Jones
Canel, David & King
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
Phone: (312) 372-4142
pking@daviskinglaw.com
kfold@daviskinglaw.com
wjones@daviskinglaw.com
*Counsel for Foster & Dunhill Consulting, Inc., Foster & Dunhill Services, LLC, and Stephen P. Donaldson*

DATED this 29th day of August, 2008.

/s/ Eric S. Rein
Eric S. Rein, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1300
Facsimile: (312) 627-2302
*Counsel for Plaintiffs Dallen and Peggy Wendt*