IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLEN and PEGGY WENDT, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> HANDLER, THAYER & DUGGAN, LLC, et al., ) <br> ) <br> Defendants ) <br> ) | Case No.: 08cv3612 <br><br> Judge Castillo <br><br> Magistrate Judge Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on September 11, 2008, at 9:45 a.m., the undersigned counsel shall appear before the Honorable Judge Ruben Castillo, Room 2141, 219 South Dearbon Street, Chicago, Il., or any Judge sitting in his stead, and present Defendants Foster & Dunhill Consulting, Inc. and Foster & Dunhill Planning Services, LLC's Motion to dismiss, and Defendant Stephen P. Donaldson's Motion to Dismiss, copies of which have been filed electronically.

By: /s/ Peter M. King
One of the Attorneys for Foster & Dunhill Consulting, Inc. and Foster & Dunhill Planning Services, LLC

Peter M. King
William H. Jones
Canel, Davis & King
10 S. LaSalle Street
Suite 3400
Chicago, IL  60603
Phone:  312-372-4142
Fax:  312-372-6737
e-mail:  pking@daviskinglaw.com
         wjones@daviskinglaw.com