IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| DALLEN AND PEGGY WENDT,<br>  Plaintiffs,<br><br>v.<br><br>HANDLER, THAYER & DUGGAN, LLC,<br>ET AL.<br>  Defendants. | )<br>)<br>)<br>) Case No. 1:08-CV-03612<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Cole<br>)<br>) |

## NOTICE OF MOTION

TO:  THE CLERK OF THE COURT

AND TO: Eric S. Rein, Paul Richard Brown and Chris C. Cramer
    Attorneys for Plaintiffs, Dallen and Peggy Wendt

AND TO: Peter M. King, William H. Jones and Kasey M. Folk
    Attorneys for Defendants, Foster & Dunhill Planning Services, LLC
    and Stephen P. Donaldson

AND TO: Elaine S. Vorberg
    Attorney for Defendants, Sunderlage Resource Group, Inc. and
    Tracy J. Sunderlage

AND TO: John P. Buckley, Dean J. Polales and Seth Alexander Horvath
    Attorneys for Defendants, Offshore Trust Service, Inc., Joshua J.
    Crithfield and Duane J. Crithfield

PLEASE BE ADVISED that on September 11, 2008, at 9:45 a.m., the undersigned shall appear before the Honorable Judge Ruben Castillo in Courtroom 2141, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants' Motion To Dismiss, a copy of which has been served on you.

**DATED:** September 2, 2008

Respectfully submitted,

HANDLER, THAYER & DUGGAN, LLC,
JAMES M. DUGGAN, THOMAS J. HANDLER,
STEVEN J. THAYER AND GREGORY
BERTSCH


By: /s/Barbara B. Edelman
One of Their Attorneys


Barbara B. Edelman
Gwen R. Pinson
Christopher M. Parenti (ARDC # 6256494)
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY  40507
Telephone: (859) 425-1000
Facsimile:  (859) 425-1099
Edelman@dinslaw.com
Gwen.Pinson@dinslaw.com
Cparenti@dinslaw.com

Attorneys for Defendants, Handler, Thayer &
Duggan, LLC, James M. Duggan, Thomas J.
Handler, Steven J. Thayer and Gregory Bertsch

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of that filing to the following:

Eric S. Rein
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
erein@dykema.com

Paul Richard Brown
Chris C. Cramer
Beresford Booth PLLC
145 Third Avenue, Suite 200
Edmonds, WA 98020
(425) 776-4100
paulb@beresfordlaw.com
chrisc@beresfordlaw.com

*Attorneys for Plaintiffs, Dallen and Peggy Wendt*

Peter M. King
William H. Jones
Kasey M. Folk
Canel, Davis & King
10 South LaSalle Street
Suite 3400
Chicago, Il 60603
(312) 372-4142
pking@daviskinglaw.com
wjones@daviskinglaw.com
kfolk@daviskinglaw.com

*Attorneys for Defendants, Foster & Dunhill Planning Services, LLC
and Stephen P. Donaldson*

Elaine S. Vorberg
Law Offices of Elaine S. Vorberg
1821 Walden Office Square
#400
Schaumburg, IL 60173
(847) 397-9793
elaine@vorberglaw.com

*Attorney for Defendants, Sunderlage Resource Group, Inc. and Tracy J. Sunderlage*

John P. Buckley
Dean J. Polales
Seth Alexander Horvath
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4400
jpbuckley@uhlaw.com
djpolales@uhlaw.com
sahorvath@uhlaw.com

*Attorney for Defendants, Offshore Trust Service, Inc., Joshua J. Crithfield and Duane J. Crithfield*

              /s/Barbara B. Edelman