# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3612 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Dallen and Peggy Wendt vs. Handler, Thayer & Duggan, LLC, etal | | |

**DOCKET ENTRY TEXT**

Defendants Sunderlage Resource Group, Inc. and Tracy J. Sunderlage are dismissed without prejudice pursuant to the Notice of Dismissal of Claims [37] filed by Plaintiffs on 8/29/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|