UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Dallen Wendt, et al.
                                        Plaintiff,

v.                                                           Case No.: 1:08−cv−03612
                                                                    Honorable Ruben Castillo

Handler, Thayer & Duggan, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status report filing date of 9/5/2008, status hearing set for 9/11/2008 and motion hearing set for 9/11/2008 are vacated. Plaintiffs' response to Defendants' Foster & Dunhill Consulting, Inc. and Foster & Dunhill Planning Services, LLC's motion to dismiss [42], Defendant Stephen P. Donaldson's motion to dismiss [43], and Defendants Handler, Thayer & Duggan, LLC, James M. Duggan, Thomas J. Handler, Steven J. Thayer and Gregory Bertsch's motion to dismiss [45] is due on or before 10/6/2008. Defendants' replies will be due on or before 10/17/2008. The Court will rule by mail. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.