IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLEN and PEGGY WENDT, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> OFFSHORE TRUST SERVICE, INC., a Florida corporation; JOSHUA J. CRITHFIELD, an individual; DUANE J. CRITHFIELD, an individual; FOSTER & DUNHILL CONSULTING, INC., a Florida corporation; FOSTER & DUNHILL PLANNING SERVICES, LLC, a Florida limited liability company; STEPHEN P. DONALDSON, an individual, <br><br> Defendants. | CASE NO. 08-cv-03612 <br><br> Honorable Ruben Castillo <br><br> Magistrate Judge Cole |

## STIPULATION TO DISMISS

This Stipulation to Dismiss is being entered into by counsel, on behalf of their respective clients, in connection with and in resolution of the above-captioned proceeding. In support of this stipulation, the Parties state as follows:

1. On December 21, 2010, the Parties completed execution of a settlement agreement and mutual release of claims which included dismissal with prejudice of this pending litigation.

2. On or about December 21, 2010, Defendants tendered payment to Plaintiff, receipt of which is acknowledged and have completed compliance with the terms of the settlement agreement;

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated into this Stipulation to Dismiss, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties that all claims by all parties in the

1839052                                                       21

above-captioned proceeding be dismissed with prejudice pursuant to the terms of this Stipulation to Dismiss, each party to bear his or her own costs,.

Consent to the terms and conditions of this Stipulation to Dismiss:

AGREED Dated: December 27, 2010

Attorneys for Plaintiffs, Dalken and Peggy Wendt
Paul R. Brown, Esq.
Beresford Booth PLC
145 Third Avenue South
Suite 200
Edmonds, Washington 98210

AGREED Dated: December __, 2010

Attorneys for Defendants Foster & Dunhill Consulting, Inc., A Florida Corporation; Foster & Dunhill Planning Services, LLC, A Florida Limited Liability Company; Stephen P. Donaldson, An Individual
Stewart M. Cooke
LAW OFFICES OF STEWART MARCOS COOKE, P.A.
260 Palermo Ave.
Coral Gables, Fl 33134
T 305•741-6741
F 305•489-7968

AGREED Dated: December 21, 2010

Attorneys for Defendants, Duane Crithfield
Joshua Crithfield and OTS

John P. Buckley (ARDC #6191463)
Dean J. Polales (ARDC #3125505)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400 (telephone)
(312) 977-4405 (facsimile)

1839052

22

above-captioned proceeding be dismissed with prejudice pursuant to the terms of this Stipulation to Dismiss, each party to bear his or her own costs,.

Consent to the terms and conditions of this Stipulation to Dismiss:

**AGREED**   Dated:   December __, 2010

_____
**Attorneys for Plaintiffs, Dallen
and Peggy Wendt**
Paul R. Brown, Esq.
Beresford Booth PLC
145 Third Avenue South
Suite 200
Edmonds, Washington 98210

**AGREED**   Dated:   December 21, 2010

*/s/ M. Cooke*
_____
**Attorneys for Defendants Foster & Dunhill Consulting, Inc., A Florida Corporation;
Foster & Dunhill Planning Services, LLC, A Florida Limited Liability Company; Stephen
P. Donaldson, An Individual**
Stewart M. Cooke
LAW OFFICES OF STEWART MARCOS COOKE, P.A.
260 Palermo Ave.
Coral Gables, Fl 33134
T 305-741-6741
F 305-489-7968

**AGREED**   Dated:   December 21, 2010

_____
**Attorneys for Defendants, Duane Critchfield
Joshua Crithfield and OTS**

John F. Buckley (ARDC #6191463)
Dean J. Polales (ARDC #3125505)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400 (telephone)
(312) 977-4405 (facsimile)

1839052                                    22